UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                                                CASE NO.: 1:17-bk-11748-VK
                                                                              CHAPTER 7
Steven Mark Rosenberg,

   Debtor.
_____/

REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

           Robertson, Anschutz & Schneid, P.L.
           Authorized Agent for Secured Creditor
           6409 Congress Ave., Suite 100
           Boca Raton, FL 33487
           Telephone: 561-241-6901
           Facsimile: 561-997-6909
           By: /s/Sean Ferry
           Sean Ferry, Esquire
           Email: sferry@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CACERES & SHAMASH LLP
8200 WILSHIRE BLVD STE 400
BEVERLY HILLS, CA 90211

STEVEN MARK ROSENBERG
106 1/2 JUDGE JOHN AISO ST #225
LOS ANGELES, CA 90012

DIANE C WEIL (TR)
1900 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

UNITED STATES TRUSTEE (SV)
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Sean Ferry
Sean Ferry, Esquire
Email: sferry@rasflaw.com