DIANE C. WEIL (Tr) (State Bar No. 102922)
DCWTrustee@dgdk.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

STEVEN MARK ROSENBERG,

Debtor.

Case No. 1:17-bk-11748-VK

Chapter 7

**RESIGNATION OF TRUSTEE**

I, Diane C. Weil, the undersigned, of Los Angeles, hereby resign as Trustee in the above-captioned case because it appears that I may have a conflict of interest in this case.

DATED: September 11, 2017

_____
DIANE C. WEIL
Chapter 7 Trustee

1448857.1  26610

1