**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-6811
Facsimile: (213) 894-0276

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**Steven Mark Rosenberg,**<br><br>          Debtor(s) | Case Number: **1:17-bk-11748-VK**<br><br>Chapter 7<br><br>**NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS INTERIM TRUSTEE** |

Pursuant to 11 U.S.C. § 701 and 11 U.S.C. § 322:

          Amy L. Goldman
          633 W. 5th Street, Suite 4000
          Los Angeles, CA 90071

is appointed Interim Trustee in the above captioned matter and is hereby designated to preside at the meeting of creditors. This case is covered by the chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: SEPTBEMBER 12, 2017                  PETER C. ANDERSON
                                                                    UNITED STATES TRUSTEE

1      I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within

2  the meaning of 11 U.S.C. § 101(14) and on this basis I hereby accept my appointment as Interim

3  Trustee in the matter of *In Re: Steven Mark Rosenberg, Case No.: 1:17-bk-11748-VK* . I will

4  immediately notify the United States Trustee if I become aware of any facts to the contrary.

5  DATED:  _____

6                      Amy L. Goldman

7                      Interim Trustee