Amy L. Goldman, Chapter 7 Trustee
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Marisol.Jaramillo@lewisbrisbois.com
Telephone: (213) 250-1800
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 1:17-bk-11748-VK |
| | ) | |
| Rosenberg, Steven Mark | ) | Chapter:  7 |
| | ) | |
| | ) | NOTICE OF CONTINUED MEETING OF |
| | ) | CREDITORS AND APPEARANCE OF |
| | ) | DEBTOR [11 USC 341(a)] |
| Debtors(s) | ) | |

TO THE ABOVE NAMED DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to October 27, 2017 at 10:30 AM at Location: RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003, for the reason set forth below:

PER DEBTOR'S REQUEST

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED MEETING.

/s/ Amy L. Goldman
Amy L. Goldman, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on October 11, 2017

/s/ Marisol Jaramillo
Marisol Jaramillo